■ VINCENT PASCIUTI et al., Appellants, v. TOWN OF POUND RIDGE et al., Respondents.— In an action to declare unconstitutional and void an amendment to the Zoning Ordinance of the Town of Pound Ridge, adopted March 28, 1955, changing the zoning classification of a strip of land fronting on a highway, from business to residence, plaintiffs appeal from a judgment of the Supreme Court, Westchester County, dated April 16, 1956, dismissing their complaint on the merits, after a nonjury trial. Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ., concur; Christ, J., not voting.